**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **PAUL A. WILSON,** *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:21-CV-412-ADA** |
| | § | |
| **DEWAYNE RANSFER, ET AL.,** | § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendants Ransfer, Deland, Simons, Eldrick, Birdow, Bearden, Lumpkin, Lofton, Akwitti, Alsobrook, Jacobs, Couch, Gaston, Wilkins, Hazel, Albert, Green and Dr. Greene (collectively, "Defendants"), by and through the Office of the Attorney General of Texas, file this motion for extension of time to file their motion for summary judgment. In support of their motion, Defendants respectfully offer the following:

**STATEMENT OF THE CASE**

Paul A. Wilson ("Plaintiff") is an inmate currently, and at all times relevant to this litigation confined at Alfred D. Hughes Unit within the Texas Department of Criminal Justice (TDCJ). Proceeding *pro se* and *in forma pauperis*, Plaintiff filed this 42 U.S.C. § 1983 lawsuit on February 26, 2021, against multiple employees of both TDCJ and the University of Texas Medical Branch (UTMB).[1] Plaintiff first requests court appointment of counsel,[2] and contends that Defendants engaged in an excessive use of force,[3] are deliberately indifferent to his serious medical needs, subjected him to unsafe conditions of incarceration, and discriminated against him as a disabled person as forms of

[1] *See generally* ECF No. 1.
[2] *Id.* at 8-10.
[3] *See* Defendant Ransfer, Deland and Simons' Original Answer and Jury Demand, filed June 7, 2021.

retaliation for reporting violations of COVID protocols.[4] As a result, Plaintiff claims his constitutional rights under both the Eighth and Fourteenth Amendments were violated.[5]

Plaintiff sues Defendants Lumpkin, Lofton, and Alsobrook in their official capacities only.[6] Plaintiff sues all remaining Defendants in their official and individual capacities and seeks preliminary and permanent injunctive relief, as well as compensatory and punitive damages.[7] Plaintiff has failed to clearly plead which Defendants he alleges are liable for which claims.

On June 7, 2021, Defendants DeWayne Ransfer, Joshua Deland, Samantha Simons, Eldrick Birdow and Patrick Bearden filed an Original Answer and Jury Demand regarding Plaintiff's excessive use of force claim.[8] The aforementioned Defendants, along with Defendants Bobby Lumpkin, Cynthia Loftin, Chimdi Akwitti, Michael Alsobrook, Steivee Jacobs, LaVernadene Couch, Jackie Gaston, Brian Wilkins, Payton Hazel, John Albert, Lena Green and Dr. Douglas Greene contemporaneously filed a partial Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).[9] On June 9, 2021, this Court filed an Order notifying the parties of its intent to treat Defendants' Motion to Dismiss as a Motion for Summary Judgement, and ordered Defendants to file an amended motion including any summary judgment evidence on or before July 12, 2021.[10] Defendants require additional time and respectfully request a forty-five (45) day extension to complete their motion for summary judgment.

## MOTION FOR AN EXTENSION OF TIME

A court may grant a motion for an extension of time if a request is made before the original time expires and if the motion is filed in good faith. Fed. R. Civ. P. 6(b)(1)(A). "Rule 6(b)(1)(A) gives

---

[4] *See* ECF No. 1 at 27.
[5] *Id.*
[6] *Id.* at 13.
[7] *Id.* at 28-29.
[8] *See* ECF No. 11.
[9] *See* ECF No. 15.
[10] *See* ECF No. 16.

the court wide discretion to grant a request for additional time that is made prior to the expiration of the period originally prescribed or prior to the expiration of the period as extended by a previous order." Charles Alan Wright & Arthur R. Miller, 4B Fed. Prac. & Proc. Civ. § 1165 (4th ed. April 2017). "[A]n application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id.*

In this case, the Defendants request a forty-five (45) day extension to file their motion for summary judgment in order to appropriately and sufficiently respond to all claims brought against all Defendants. Given the substantial number of Defendants named, more time is required to collect and review records and procure any necessary affidavits related to Plaintiff's allegations. This motion is not due to sloth or neglect and is not made for the purpose of delay but is made in good faith and before the deadline to comply with the Court's order.[11] Further, this request is not meant to inconvenience, delay, or harass any party. Rather, an extension is requested to ensure that Defendants file a thorough motion for summary judgment, thereby preserving judicial economy. For these reasons, undersigned counsel requests an extension of forty-five (45) days to file Defendants' motion for summary judgment.

**PRAYER**

For the reasons stated above, Defendants respectfully move for a forty-five (45) day extension of the deadline to file their motion for summary judgment, and request the Court amend its previous Order to require Defendants' Motion for Summary Judgment be filed on or before August 26, 2021.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

[11] *See* ECF No. 16.

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA MOLINARE**
Assistant Attorney General
Division Chief, Law Enforcement Defense Division

/s/ *Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General
Texas State Bar No. 24079074
Leah.OLeary@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEY FOR DEFENDANTS RANSFER, DELAND, SIMONS, ELDRICK, BIRDOW, BEARDEN, LUMPKIN, LOFTON, AKWITTI, ALSOBROOK, JACOBS, COUCH, GASTON, WILKINS, HAZEL, ALBERT, GREEN AND GREENE**

## NOTICE OF ELECTRONIC FILING

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true copy of the foregoing in accordance with the electronic case filing system of the Western District of Texas on June 28, 2021.

/s/ *Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **LEAH O'LEARY**, certify that a true copy of the foregoing was served by placing same in the United States Mail, postage prepaid within one business day of June 28, 2021, addressed to:

Paul A. Wilson #1739074
TDCJ Alfred Hughes Unit
3201 FM 929
RT 2 Box 4400
Gatesville, Texas 76597
**Plaintiff *Pro Se***

***CM/RRR: 7020 0090 0000 7447 6288***

/s/ *Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General